# UNITED STATES DISTRICT COURT

for the

Northern District of Iowa  ▾

| | |
|---|---|
| RODRIGO ALEJANDRO VILLEGAS SALAZAR, | ) |
| *Petitioner* | ) |
| v. | ) |
| SHERIFF OF LINN COUNTY, et al., | ) |
| *Respondent* | ) |

Civil Action No.  26-CV-98 LTS

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐  the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
recover costs from the plaintiff *(name)* _____
_____ .

☑  other:
Petition for Habeas Corpus Relief pursuant to 28 USC § 2241 is granted.
Respondents are ordered to provide petitioner with a bond determination hearing within 14 days.  .

This action was *(check one)*:

☐  tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

☐  tried by Judge _____ without a jury and the above decision
was reached.

☑  decided by  Judge Leonard T Strand _____

.

Date:  6/8/2026

*CLERK OF COURT*

s/ *jlh*  **Deputy Clerk**
*Signature of Clerk or Deputy Clerk*